# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DENNIS ROGER VAN DYKE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00074-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK D. WHITNEY; | ) | |
| GREEN CI, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 7, 2016 Order.

April 7, 2016

_____
Frank G. Johns, Clerk
United States District Court